# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2024-2854

———————————————

LORENZO ALLEN,

    Appellant,

    v.

JOHN MAYO, Beneficiary Estella
F. Mayo Family Trust and
QUEEN V. MAYO-DOTTIN
Beneficiary Estella F. Mayo
Family Trust, ALBERT K. MAYO,
Individually and as Co-Trustee
of the Estella F. Mayo Family
Trust; MAYOLA ROBINSON,
Individually and as Co-Trustee
of the Estella F. Mayo Family
Trust; STELLA MAYO-FOX,
Individually and as Co-Trustee
of the Estella F. Mayo Family
Trust; RICKY MAYO, Individually
and as Co-Trustee of the Estella
F. Mayo Family Trust,

    Appellees.

———————————————

On appeal from the Circuit Court for Columbia County.
Mark E. Feagle, Judge.

December 9, 2025

PER CURIAM.

AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

—————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————

Lorenzo Allen, pro se, for Appellant.

Joel Fletcher Foreman of The Law Office of Joel F. Foreman, PLLC, Lake City, for Appellee Albert K. Mayo.